ABUWI M. WAHEED, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted April 18, 2016; decided June 9, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 1141 (2016)].

Judge ABDUS-SALAAM taking no part.